IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO MONTES RODRIGUEZ, ) <br> A#36-592-303, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DORIS MEISSNER, Commissioner of the ) <br> United States Citizenship & Immigration ) <br> Services, et al., ) <br>     Defendants. ) | 3:05-CV-0657-H |

<u>ORDER</u>

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED and that Plaintiff Pedro Montes Rodriguez shall PAY, within fifteen (15) days from the date of filing of this order, the remaining balance of the filing fee in the sum of $245.00.

IT IS FURTHER ORDERED that counsel shall SHOW CAUSE, on or before fifteen (15) days from the date of filing of this order, why sanctions should not be imposed against him for violating the terms of Rule 11(b), Federal Rules of Civil Procedure.

Signed this 29 day of April, 2005.

BAREFOOT SANDERS, Senior Judge
UNITED STATES DISTRICT COURT